Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA–IP TRIAL BOUTIQUE
95 Third St., San Francisco, CA  94103
119 W Ferguson, Tyler, TX  75702
Tel: 888-908-4400

**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>   **Plaintiff,**<br><br>  v.<br><br>**PLEX, INC.,**<br><br>   **Defendant.** | **Case No. 4:23-cv-04773-JST**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rothschild Broadcast Distribution Systems, LLC respectfully submits this notice of voluntary dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

1   Dated: September 20, 2023

2

3   Respectfully submitted,

4

5                                         */s/ Randall Garteiser*

6                                         Randall Garteiser
      California Bar No. 231821
      rgarteiser@ghiplaw.com

7        Christopher Honea
      California Bar No. 232473
      chonea@ghiplaw.com

10       GARTEISER HONEA, PLLC
      95 Third Street, Floor 2
      San Francisco, CA  94107-4226
      Telephone: (415) 785-3762

13       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall T. Garteiser*
Randall T. Garteiser

NOTICE OF DISMISSAL WITH PREJUDICE